# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2025

## NO. 03-24-00741-CV

**Frederick Barcase, Appellant**

**v.**

**Iriaquez Ironworks, LLC a/k/a Lakeway Ironworks, LLC, Appellee**

### APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on July 1, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.